UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BARBARA STERIO,                         No. 2:06-cv-1045-MCE-GGH

        Plaintiff,

    v.                                  ORDER

HIGHMARK LIFE INSURANCE CO.,
et al.,

        Defendants.

----oo0oo----

    Pursuant to the Mandate of the Ninth Circuit, issued March
25, 2010, this Court orders that Judgment be entered in favor of
Plaintiff Barbara Sterio.  Within thirty (30) days of the date
this Order is electronically filed, the parties are directed to
meet and confer and to file a Joint Status Report with the Court
addressing all outstanding issues in this case.

    IT IS SO ORDERED.

 Dated: April 19, 2011


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1