UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BARBARA STERIO, | No. 2:06-cv-01045-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER** |
| HIGHMARK LIFE INSURANCE COMPANY, | |
| Defendant. | |

Having reviewed the parties' Joint Status Report (ECF No. 57), and for purposes of resolving the outstanding issues in this matter, which include benefits owed to Ms. Sterio, as well as the availability of attorney's fees and prejudgment interest, the parties are directed to submit simultaneous briefs with supporting documentary evidence not later than August 15, 2011. Any responsive briefs must be filed by August 29, 2011. The Court will thereafter advise the parties if oral argument is needed.

///

1  With respect to the parties expressed desire to explore the
2 possibility of mediation, they may contact the Court's ADR and
3 Pro Bono Director, Sujean Park, at 916-930-4278, to make the
4 necessary arrangements.
5  IT IS SO ORDERED.
6 Dated: June 30, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE