UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA STERIO<br><br>    Plaintiff,<br><br>vs.<br><br>HIGHMARK LIFE INSURANCE COMPANY<br><br>    Defendant. | CASE NO. 06-cv-01045-MCE-GGH<br><br>**ORDER ON STIPULATION TO CONTINUE DATE FOR PARTIES TO FILE BRIEFS RE DAMAGES**<br><br>Trial Date:    None Set |

Based upon the appointment of a VDRP Neutral Attorney to conduct a mediation of this matter, and the parties' stipulation to continue the deadlines for filing briefs and evidence with respect to damages, and in order to allow the parties and Mediator sufficient time to attempt to complete a settlement of this matter:

IT IS HEREBY ORDERED:

1. The parties shall submit simultaneous briefs with supporting documentary evidence not later than October 14, 2011, continued from August 15, 2011; and
2. The parties may submit any responsive briefs not later than October 29, 2011.

DATED: 8/15/2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE