Bryan M. Weiss (SBN 128679)
Nancy N. Potter (SBN 91752)
npotter@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California  90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336


Attorneys for Defendant, HIGHMARK LIFE INSURANCE COMPANY


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| BARBARA STERIO<br><br>         Plaintiff,<br><br>vs.<br><br>HIGHMARK LIFE INSURANCE COMPANY<br><br>         Defendant. | CASE NO. 06-cv-01045-MCE-GGH<br><br>**STIPULATION AND ORDER FOR DISMISSAL**<br><br>Trial Date:  None Set |
|---|---|

   IT IS HEREBY STIPULATED BETWEEN THE PARTIES AS FOLLOWS:

1.   The parties have agreed to settle this matter.

2.   Plaintiff Barbara Sterio has signed a Release of all claims as against Defendant HM Life, formerly known as Highmark Life Insurance Company.

3. Defendant HM Life has forwarded to Counsel for Plaintiff the full amount for which the parties agreed upon in settlement of this action.

4. Based upon the foregoing, Plaintiff requests dismissal of this action.

DATED: November 23, 2011     **LAW OFFICES OF JESSE S. KAPLAN**

By: /s/ Jesse S. Kaplan
Jesse S. Kaplan
Attorneys for BARBARA STERIO

DATED: November 23, 2011     **MURCHISON & CUMMING, LLP**

By: */s/ Nancy N. Potter*
Nancy N. Potter
Attorneys for Defendant, HIGHMARK LIFE INSURANCE COMPANY

### ORDER

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that this case is dismissed. Each party shall bear its own costs and attorneys fees as provided in the Settlement Agreement. The Clerk is dirtected to close the file.

Dated: November 30, 2011

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE